UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Sulzer Chemtech USA, Inc., *et al.*, | § |
| Plaintiffs, | § |
| *versus* | §  Civil Action H-21-1533 |
| PDVSA Services, Inc., *et al.*, | § |
| Defendant. | § |

## Order to Report

By January 28, 2022, the parties must jointly report the status of the settlement. If a settlement is not reached, the parties must report concrete and detailed next steps to advance the litigation.

Signed on December 21, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge